UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SERENA BURKARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 1:14-cv-0515 TWP-DML |
| | ) |
| FINNER N FINNER | ) |
| | ) |
| Defendant | ) |

### PLAINTIFF'S OBJECTION TO DEFENDANT FINNER N FINNER'S MOTION FOR SUMMARY JUDGMENT

Comes now the Plaintiff Serena Burkard, by counsel, and hereby respectfully objects to Defendant's Motion for Summary Judgment and respectfully requests that the Court deny said motion for the following reasons:

1. Defendant is not entitled to Summary Judgment as a matter of law;

2. Plaintiff's Memorandum of Points and Authorities in Opposition To Defendant's Motion For Summary Judgment accompanies this objection and is incorporated herein;

WHEREFORE, in all things it is prayed that Defendant's Motion for Summary Judgment be denied and for all other relief just and proper in the premises.

Respectfully submitted,

**PANICO LAW LLC**

/s/John R. Panico_____
John Robert Panico 24039-48
9465 Counselors Row, Ste 200
Indianapolis, IN 46240
(317)759-7464
jpanico@discriminationlawgroup.com

*Counsel for Plaintiff Serena Barkard*

1

## CERTIFICATE OF SERVICE

    I hereby certify that on the 30th day of November 2015 a copy of the forgoing PLAINTIFF'S OBJECTION TO DEFENDANT FINNER N FINNER'S MOTION FOR SUMMARY JUDGMENT  was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

                                              /s/John R. Panico_____